NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2022-1856

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01531.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    Xilinx, Inc. v. Vidal


    (2)  Each side shall bear their own costs.

                              FOR THE COURT

February 14, 2023
        Date                 /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court


**ISSUED AS A MANDATE:** February 14, 2023